**LIFE SERVICE SYSTEMS, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued March 9, 1994.

Decided March 30, 1994.

**Joan Elizabeth WELSH, Surviving Spouse and Administratrix of the Estate of William M. Welsh**

v.

**T.C. KALKHOFF, M.D. and Iroquois Medical Center, Appellants.**

Supreme Court of Pennsylvania.

Argued March 8, 1994.

Decided March 30, 1994.

James R. Antoniono, DeBernardo, Antoniono, McCabe & Davis, P.C., Greensburg, for appellant.

J. Timothy Hinton, Matis, Gaca & Hamilton, P.C., Pittsburgh, for appellants.

Andrew J. Conner, Erie, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800,

James K. Bradley and Judith M. Gilroy, Unemployment Compensation Bd. of Review, Harrisburg, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800,

due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.